No. 88–5961. COPELAND *v.* LOUISIANA. Sup. Ct. La.;

No. 88–6148. EARVIN *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;

No. 88–6150. BARBER *v.* TEXAS. Ct. Crim. App. Tex.;

No. 88–6203. MATTHEWS *v.* SOUTH CAROLINA. Sup. Ct. S. C.;

No. 88–6350. JENNINGS *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 88–6361. JOHNSON *v.* TENNESSEE. Sup. Ct. Tenn.;

No. 88–6365. BELL *v.* TENNESSEE. Sup. Ct. Tenn.;

No. 88–6393. WOOMER *v.* AIKEN, WARDEN, ET AL. C. A. 4th Cir.;

No. 88–6424. MOORE *v.* ZANT, WARDEN. C. A. 11th Cir.;

No. 88–6530. HOLLAND *v.* TEXAS. Ct. Crim. App. Tex.; and

No. 88–6655. STEVENS *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. Reported below: No. 88–5961, 530 So. 2d 526; No. 88–6148, 860 F. 2d 623; No. 88–6150, 757 S. W. 2d 359; No. 88–6203, 296 S. C. 379, 373 S. E. 2d 587; No. 88–6350, 46 Cal. 3d 963, 760 P. 2d 475; No. 88–6361, 762 S. W. 2d 110; No. 88–6365, 745 S. W. 2d 858 and 759 S. W. 2d 651; No. 88–6393, 856 F. 2d 677; No. 88–6530, 761 S. W. 2d 307; No. 88–6655, 104 Nev. 867.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–6012. TRAN *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition. 